## First Department, January, 1932.

Charles V. Bob, Appellant, v. August Hecksher and Others, Respondents, Impleaded with George Piperno and Others, Copartners, etc., Defendants.*

Per Curiam. The complaint sets forth one cause of action. It alleges a number of acts on the part of the defendants each of which is said to have been the result of a concerted attempt on the part of the defendants to defraud the plaintiff. The cause of action set forth in the complaint has been properly pleaded. (See *Green* v. *Davies*, 83 App. Div. 216.) The order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Sara Siegel and All Other Stockholders Similarly Situated, Appellants, Respondents, v. General Baking Corporation, Defendant, Impleaded with General Baking Company, Appellant, and Others, Defendants.— Order so far as appealed from by the plaintiffs reversed, with ten dollars costs and disbursements to the plaintiffs, appellants, and motion to vacate and set aside service of summons and complaint upon the defendant General Baking Corporation denied, with ten dollars costs. Order so far as appealed from by the defendant General Baking Company affirmed, with leave to said defendant to answer or move with respect to the complaint within twenty days from service of order upon payment of above-mentioned costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Anna Denner, Appellant, v. Israel Denner, Respondent.— Determination affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.